

VIA ECF

June 24, 2020

The Honorable Robert B. Kugler,
 United States District Judge
United States District Court
District of New Jersey
4th & Cooper Streets
Camden, NJ 08101

      Re:      *United States v. Hickman,* et al.,
                    Case No. 1:19-cr-191 (RBK)

Dear Judge Kugler:

    This firm represents Defendant Brian Pugh in the above-referenced matter. Mr. Pugh's Reply Brief was originally due on June 15, 2020, on which date, with the Government's consent, we emailed a request to Chambers requesting an extension until today.

    We hereby request a short extension to file our Reply Brief on or before this Friday, June 26, 2020. To the extent necessary, we make this request on behalf of the remaining Defendants who have not yet filed their Reply Briefs. We have requested consent from the Government and await a response.

    We thank the Court for its consideration of this matter.

                                           Respectfully,

                                           Michael Baldassare

cc:    All Counsel of Record