IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | |
|---|---|
| THE UNITED STATES OF AMERICA, | : |
| Plaintiff, | : Criminal No. 19-191 (RBK) |
| v. | : **ORDER** |
| WILLIAM HICKMAN, *et al.*, | : |
| Defendants. | : |

**KUGLER**, United States District Judge:

**THIS MATTER** comes before the Court upon several motions: an Omnibus Motion by Defendant Thomas Schallus (Doc. 111); an Omnibus Motion by Defendant John Scher (Doc. 112); a Motion for Joinder of Co-Defendants' Motions by Defendant Christopher Broccoli (Doc. 113); a Motion to Dismiss Indictment, Bar Government Experts at Trial, and Join Motions by Defendant Thomas Scher (Doc. 114), and an Omnibus Motion by Brian Pugh (Doc. 115). For the reasons expressed on the record during the August 4, 2020 hearing,

**IT IS HEREBY ORDERED** that Defendant Broccoli's Motion to join in his Co-Defendants' Motions is **GRANTED**. All other Motions (Docs. 111, 112, 114, 115) are **DENIED**.

**IT IS FURTHER ORDERED** that a telephone conference in this matter is scheduled for September 24, 2020, at 1:00 P.M.

Dated: 8/4/2020                              /s/ Robert B. Kugler
                                              ROBERT B. KUGLER
                                              United States District Judge