# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY
# MINUTES OF PROCEEDINGS

**CAMDEN OFFICE**

July 12, 2022
**DATE OF PROCEEDINGS**

**JUDGE: ROBERT B. KUGLER**

**COURT REPORTER:**   JOHN KURZ

**Other(s)**_____

**Docket #**   CR 1:19-00191-007 (RBK)

**TITLE OF CASE**:
UNITED STATES OF AMERICA
            vs.
CHRISTOPHER BROCCOLI
         DEFENDANT PRESENT

**APPEARANCE:**
Desiree Grace, AUSA, and Christina Hud, AUSA, for USA
Mark Catanzaro, Esq., for Defendant

**NATURE OF PROCEEDINGS:**   STATUS CONFERENCE/FRYE HEARING

Status conference held on the record.
Frye hearing held.

Time commenced:   1:40PM   Time Adjourned: 1:55PM   Total Time:  0:15

Lawrence MacStravic
DEPUTY CLERK

**cc: Chambers**